In the Matter of Darryl Webber, Petitioner, v Brian Fischer, as Commissioner of New York State Department of Correctional Services, Respondent. [847 NYS2d 894]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 2, 2007) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Centra, Lunn and Peradotto, JJ.

The People of the State of New York, Respondent, v Steven Crandall, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered July 10, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Smith, Centra, Lunn and Peradotto, JJ.